◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN GREAVES, Appellant. [878 NYS2d 629]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Cooperman, J.), rendered October 16, 2006, convicting him of reckless endangerment in the first degree, operating a motor vehicle while under the influence of alcohol (two counts), failure to obey a traffic control device, and unlawfully operating or driving a motor vehicle on a public highway, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620, 621 [1983]), we find that it was legally sufficient to establish the defendant's guilt of reckless endangerment in the first degree beyond a reasonable doubt. Moreover, in fulfilling our responsibility to conduct an independent review of the weight of the evidence (*see* CPL 470.15 [5]; *People v Danielson,* 9 NY3d 342 [2007]), we nevertheless accord great deference to the factfinder's opportunity to view the witnesses, hear the testimony, and observe demeanor (*see People v Mateo,* 2 NY3d 383, 410 [2004], *cert denied* 542 US 946 [2004]; *People v Bleakley,* 69 NY2d 490, 495 [1987]). Upon reviewing the record here, we are satisfied that the verdict of

guilt on the count of reckless endangerment in the first degree was not against the weight of the evidence (*see People v Romero,* 7 NY3d 633 [2006]). Prudenti, P.J., Santucci, Florio and Belen, JJ., concur.